IH-32　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev: 2014-1

# United States District Court
для the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:



YELLOW CRANE HOLDINGS, INC.

Plaintiff

vs.

THE REPUBLIC OF ARGENTINA

Defendant

Case Number: 14 Civ. 5675

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)



NML CAPITAL, LTD.

Plaintiff

vs.

THE REPUBLIC OF ARGENTINA,

Defendant

Case Number: 08 Civ. 6978 (TPG)

IH-32                                                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The earlier filed case involves efforts by the plaintiff in that matter, NML Capital, Ltd. ("NML") to collect interest and principal due in connection with bonds issued by the Republic of Argentina ("the Republic") on which it had defaulted in or around 2001. NML also sought specific enforcement of the equal treatment provision contained within the offering documents related to the bonds and a permanent injunction requiring ratable payment to NML whenever the Republic makes payments on certain other bonds issued by the Republic.

Plaintiff in the newly filed case, Yellow Crane Holdings, LLC ("Yellow Crane") purchased similar bonds issued pursuant to similar offering agreements, and also seeks to collect interest and principal due on the bonds along with specific performance and injunctive relief regarding the same or similar equal treatment provisions contained within the offering documents pursuant to which the bonds that Yellow Crane purchased were issued.

Signature: _Anthony J. Costantini_   Date: _July 24, 2014_

Firm: Duane Morris LLP