AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| YELLOW CRANE HOLDINGS, LLC, | ) | 14 CV 5675 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| THE REPUBLIC OF ARGENTINA | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE REPUBLIC OF ARGENTINA
c/o Banco de la Nacion Argentina
225 Park Avenue
New York, New York 10169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony Costantini;
Duane Morris LLP
1540 Broadway
New York, N.Y. 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date: JUL 2 4 2014

*Catherine Lapsley*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

YELLOW CRANE HOLDING, LLC

                          Plaintiff

-VS-

THE REPUBLIC OF ARGENTINA
                         Defendant
--------------------------------------------------X

AFFIDAVIT OF SERVICE
File # 14 CV 5675

STATE OF NEW YORK )
                 )ss
NEW YORK COUNTY )

    Anthony Arnold, being duly sworn, deposes and says: Deponent is not a party to this Action and is over 18 years of age and is a resident of the State of New York.

    On July 25, 2014, at approximately 12:20 pm , at 225 Park Avenue, New York, NY 10169, Deponent served the within Summons and Complaint with Rule 7.1 Corporate Disclosure Statement upon: **The Republic of Argentina C/o Banco de la Nacion Argentina** by delivering to and leaving with Arlene M. Flores , Assistant vice President Compliance department, true and correct copies of the said documents, at the time of said service, Arlene M. Flores , stated that she is duly authorized to accept service of legal documents on behalf of **The Republic of Argentina C/o Banco de la Nacion Argentina**

    Arlene M. Flores is described as a white female, approximately 44-55yrs., of age, 140-160 lbs,. 5'-7'-5'-8' tall, and has long brown hair.

                                                                   _____
                                                                     Anthony Arnold

Sworn to before me this
July 29 ___ 2014

_____
Notary Public

LORNA A. WOODHAM
Notary Public, State of New York
No. 01WO6103698
Qualified in New York County
Commission Expires January 5, 20_16_