UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X    AFFIDAVIT OF SERVICE
YELLOW CRANE HOLDING, LLC                                              File # 14 CV 5675

                            Plaintiff
-VS-

THE REPUBLIC OF ARGENTINA
                          Defendant
-----------------------------------------------------------------X
STATE OF NEW YORK )
                     )ss
NEW YORK COUNTY   )

       Anthony Arnold, being duly sworn, deposes and says: Deponent is not a party to this Action and is over 18 years of age and is a resident of the State of New York.

       On August 15, 2014, at approximately 2:39pm , at 225 Park Avenue, New York, NY  10169, Deponent served the within Amended Complaint upon: **The Republic of Argentina C/o Banco de la Nacion Argentina** by delivering to and leaving with  Arlene M. Flores , Assistant vice President Compliance department, a true and correct copy of the said documents, at the time of said service, Arlene M. Flores , stated that she is duly authorized to accept service of legal documents on behalf of **The Republic of Argentina C/o Banco de la Nacion Argentina**

       Arlene M. Flores  is described as a white  female, approximately 44-55yrs., of age, 140-160 lbs,. 5'-7'-5'-8' tall, and has long  brown hair.

_____
Anthony Arnold

Sworn to before me this
August 19th 2014

_____
Notary Public

LORNA A. WOODHAM
Notary Public, State of New York
No. 01WO6103698
Qualified in New York County
Commission Expires January 5, 2016